IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action. No. 10-cv-02257-PAB-CBS

CHIQUITA STEWART,

     Plaintiff,

v.

DIAMOND SHAMROCK STATIONS, INC., d/b/a
VALERO CORNER STORE,

     Defendant/Third-Party Plaintiff,

v.

STERLING PAYPHONES LLC, and
PAYPHONE MANAGER, INC.,

     Third-Party Defendants.

_____

**ORDER**

_____

THIS MATTER having been brought before the Court on Defendant's Unopposed

Motion to Vacate the Settlement Conference Date and Extend Discovery (*doc. # 19*), and for

good cause having been shown

IT IS ORDERED that the instant motion is **GRANTED**.

IT IS FURTHER ORDERED that the Scheduling Order is amended as follows:

1.     The discovery cut off date is amended to **June 17, 2011**;

2.     The dispositive motion deadline is amended to **June 27, 2011**;

3.     The deadline for plaintiff to submit her expert designations is amended to

**April 12, 2011**;

4.     The deadline for defendant and third-party defendants to submit their expert

designations is amended to **May 27, 2011**;

5.      The deadline for all discovery requests to be served is amended to **May 13, 2011**, if served by mail.  If personally served, by **May 18, 2011**.

6.      The settlement conference scheduled for **February 1, 2011** is vacated.  Counsel for Defendant Diamond Shamrock will coordinate the rescheduling of the settlement conference once third-party defendant Payphone Manager, Inc. has answered the third-party complaint.

7.      The final pretrial conference is reset to **September 29, 2011, at 10:00 a.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Parties shall submit a proposed final pretrial order no later than seven (7) days prior to the hearing.

DATED at Denver, Colorado, this 18th day of January, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge